# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

KATHERINE ROBY,

  Plaintiff,

v.

COMMISSIONER OF
SOCIAL SECURITY,

  Defendant.
_____/

Case No. 08-15335
Hon. Gerald E. Rosen
Magistrate Judge Donald A. Scheer

## ORDER ADOPTING
## MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

  At a session of said Court, held in
the U.S. Courthouse, Detroit, Michigan
on    October 30, 2009   

  PRESENT:  Honorable Gerald E. Rosen
         Chief Judge, United States District Court

 On August 11, 2009, Magistrate Judge Donald A. Scheer issued a Report and Recommendation ("R & R") recommending that the Court grant the Defendant Commissioner of Social Security's motion for summary judgment and deny Plaintiff Katherine Roby's motion for summary judgment.  Plaintiff has not filed any objections to the R & R.  Upon reviewing the R & R, the parties' underlying motions, and the record as a whole, the Court fully concurs in the analysis of the Magistrate Judge, and adopts the R & R in its entirety.

  Accordingly,

NOW, THEREFORE, IT IS HEREBY ORDERED that the Magistrate Judge's August 11, 2009 Report and Recommendation is ADOPTED as the opinion of this Court. IT IS FURTHER ORDERED that, for the reasons stated in the R & R, Defendant's motion for summary judgment (docket #14) is GRANTED, and Plaintiff's motion for summary judgment (docket #11) is DENIED.

                                s/Gerald E. Rosen
                                Chief Judge, United States District Court

Dated: October 30, 2009

I hereby certify that a copy of the foregoing document was served upon counsel of record on October 31, 2009, by electronic and/or ordinary mail.

                                s/Ruth Brissaud
                                Case Manager